**Order filed October 5, 2018**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

————————

## NO. 14-18-00838-CV

————————

### In the Interest of A.C. and E.T-T., children

---

**On Appeal from the 312th District Court
Harris County, Texas
Trial Court Cause No. 2016-30086**

---

## ORDER

This is an accelerated appeal from a judgment in a suit affecting the parent-child relationship brought by a governmental entity.

The notice of appeal was filed September 24, 2018. Appellant has established indigence or is presumed to be indigent. *See* Tex. R. App. P. 20.1(a). The reporter's record was due within **10 days** after the notice of appeal was filed. *See* Tex. R. App. P. 35.1(b); 28.4(a)(1). The record has not been filed.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within **180 days** of the date the notice of appeal is filed.

*See* Tex. R. Jud. Admin. 6.2(a). The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). The trial court **must** direct the court reporter to immediately commence the preparation of the reporter's record and **must** arrange for a substitute reporter, if necessary. *See* Tex. R. App. P. 28.4(b)(1).

Because the reporter's record has not been filed timely in this accelerated appeal, we issue the following order:

We order Barbara Nagji, Doug Faulin,  and Kim Weidenheft, the court reporters, to file the record in this appeal **on or before October 15, 2018.** If the court reporters do not timely file the record as ordered, the court will issue an order requiring them to appear at a hearing to show cause why the record has not been timely filed and why they should not be held in contempt of court for failing to file the record as ordered. Contempt of court is punishable by a fine and/or confinement in jail.

PER CURIAM